# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| vs. | * | JKB-22-439 |
| **DAVID WARREN** | * | |
| **Defendant** | * | |

## UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING PRETRIAL MOTIONS

Defendant David Warren, by and through his attorneys, John M. McKenna, Michael E. Lawlor, Adam C. Demetriou, and Brennan, McKenna & Lawlor, Chtd., respectfully requests that this Honorable Court continue the deadline for the filing of pretrial motions in this case. In support of this Motion, counsel state the following.

1. On December 15, 2022, Mr. Warren and five others were charged in a one-count Indictment with racketeering conspiracy, in violation of 18 U.S.C. § 1962(d). (Indictment, ECF No. 1.) The Indictment alleges that beginning in or about 2014 and continuing through the date of the Indictment, the defendants in this case conspired to participate in the affairs of the Black Guerilla Family. The Indictment alleges 48 overt acts in furtherance of the charged racketeering conspiracy, including several murders and attempted murders.

2. By an Order dated October 24, 2023, this Court set a deadline of November 30, 2023 for the defendants to file pretrial motions.

1

3. At this time, Mr. Warren respectfully requests that this Court extend the deadline for filing pretrial motions through December 14, 2023.

4. As discussed in prior status conferences, the discovery in this case is voluminous. Counsel for Mr. Warren require additional time to review the discovery and prepare motions. Additionally, the undersigned counsel have ordered transcripts of Maryland state proceedings related to several of the overt acts alleged in the Indictment. The undersigned anticipate that those transcripts will be delivered imminently. As to Mr. Warren, there are several warrantless searches and seizures at issue in this case. The undersigned counsel have requested that Government provide bodyworn camera footage related to those and other incidents. The undersigned counsel understand that the Government will produce that material once it is received. The undersigned counsel intend to use that material in the preparation of pretrial motions. Finally, attorneys McKenna and Demetriou are actively engaged in preparation for an upcoming murder trial in the Circuit Court for Prince George's County. *See State v. James Dorsey*, No. CT200319X (Cir. Ct. Prince George's Cnty.). The trial in that matter begins on December 4, 2023, and there is a continued motions hearing set for November 30, 2023.

5. In light of these factors, Mr. Warren respectfully requests a modest extension of the deadline for filing pretrial motions.

6.   The undersigned counsel alerted counsel for the other defendants of their intention to file this Motion. Counsel for Mr. Duffy, Mr. Prince, Mr. Olds, and Mr. Jeffries have all indicated that they join in Mr. Warren's request.

7.   The undersigned counsel have also conferred with Assistant United States Attorney P.J. Martinez, who has indicated that the Government does not oppose the requested extension.

8.   For these reasons, Mr. Warren respectfully requests that this Court extend the deadline by which to file pretrial motions through December 14, 2023.

Respectfully submitted,

/s/
_____
John M. McKenna
Michael E. Lawlor
Adam C. Demetriou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
(301) 474-0044
jmckenna@brennanmckenna.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, November 29, 2023, a copy of the foregoing sent via ECF to all parties.

/s/
_____
John M. McKenna