<u>**FILED UNDER SEAL**</u>
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. JKB-22-439 |
| | : | |
| DAVID WARREN | : | |
| | : | |
| Defendant. | : | |

**MOTION TO SEAL**

**COMES NOW**, the Defendant, David Warren, by and through his attorneys, John M. Mckenna, Michael E. Lawlor, Adam C. Demetriou, and Brennan, McKenna & Lawlor, Chartered, and respectfully requests that the exhibits to Mr. Warren's Motion to Suppress Fruits of Cell Phone Searches be filed under seal and in support thereof states the following:

1. The exhibits contain certain non-public information which may be considered sensitive.

**WHEREFORE**, the Defendant respectfully requests that the exhibits to his Motion to Suppress Fruits of Cell Phone Searches.

Date: December 14, 2023          Respectfully submitted,

/s/
_____
John M. McKenna
Michael E. Lawlor
Adam C. Demetriou
Brennan, McKenna & Lawlor, Chtd.

1

6305 Ivy Lane, Suite 700  
Greenbelt, Maryland 20770  
301.474.0044

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 14, 2023, a copy of the foregoing was electronically filed under seal, with a copy sent to the United States Attorney's Office for the District of Maryland.

/s/
_____
John M. McKenna