**FILED UNDER SEAL**
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. JKB-22-439 |
| | : | |
| DAVID WARREN | : | |
| | : | |
| Defendant. | : | |

**MOTION TO SEAL**

**COMES NOW**, the Defendant, David Warren, by and through his attorneys, John M. Mckenna, Michael E. Lawlor, Adam C. Demetriou, and Brennan, McKenna & Lawlor, Chartered, and respectfully requests that the exhibits to Mr. Warren's Omnibus Motion to Suppress Fruits of Searches Conducted Pursuant to Warrants be filed under seal and in support thereof states the following:

1. The exhibits contain certain non-public information which may be considered sensitive.

**WHEREFORE**, the Defendant respectfully requests that the exhibits to his Omnibus Motion to Suppress Fruits of Searches Conducted Pursuant to Warrants.

Date: December 14, 2023          Respectfully submitted,

                                  /s/
                                  _____
                                  John M. McKenna
                                  Michael E. Lawlor
                                  Adam C. Demetriou
                                  Brennan, McKenna & Lawlor, Chtd.

1

6305 Ivy Lane, Suite 700<br>
Greenbelt, Maryland 20770<br>
301.474.0044

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 14, 2023, a copy of the foregoing was electronically filed under seal, with a copy sent to the United States Attorney's Office for the District of Maryland.

/s/
_____
John M. McKenna