✓ FILED ___ ENTERED
___ LOGGED ____ RECEIVED

1:13 pm, Jul 10 2024

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

## ATTACHMENT A
## STATEMENT OF FACTS

*The undersigned parties stipulate and agree that, if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

The Black Guerilla Family, also known as "Jamaa" or "J," is a nationwide gang operating in prisons and on the streets of various cities throughout the United States. Founded in California in the 1960s, BGF first appeared in the Maryland correctional system in the 1990s. Although nominally still a prison gang, BGF has long been involved in criminal activity, including murder, murder for hire, robbery, drug trafficking, obstruction of justice and witness tampering throughout communities in Baltimore City.

The Defendant, David Warren, was a member of BGF throughout the period of the charged conspiracy in this case. The Defendant agreed to conduct and participate in BGF's affairs through a pattern of racketeering activity that included conspiracy to distribute controlled substances, possession with intent to distribute controlled substances, robbery, and murder.

The Defendant agrees that the "Overt Acts" in which he is named in the Indictment represent an accurate sample of his activities in furtherance of the racketeering enterprise.

The Defendant admits that he participated in BGF meetings at an office leased by Safe Streets, a violence reduction program operated by Living Classrooms in collaboration with the city of Baltimore. Two BGF members who attended the meetings were employed by Safe Streets as "violence interrupters," *i.e.*, "trusted messengers" who were tasked with "encouraging positive changes in individual behavior." The Defendant admits that during the late spring and summer of 2015, he and other BGF members utilized the Safe Streets office in the 2300 block of East Monument Street as a de facto BGF clubhouse, where they stored drugs and firearms and plotted acts of violence on behalf of the gang.

In or about May 2015, acting at the direction of Co-Conspirator 1, the Defendant and others fired upon a group of rivals who were attending a candlelight vigil for a deceased rival near the intersection of North Rose and East Monument Streets. S.R. was shot during the attack. S.R. sustained life-threatening injuries but survived. The Defendant admits that the attack was planned by Co-Conspirator 1 and others at the Safe Streets Office in the 2300 block of Monument Street.

The Defendant further admits that on or about May 14, 2016, again at the direction of Co-Conspirator 1, the Defendant and Co-Conspirator 2 conspired and attempted to murder D.C. in the 1800 block of North Caroline Street. D.C. was shot four times during the attack. He sustained life-threatening injuries but survived. The Defendant admits that Co-Conspirator 1 later received

$8,000 as payment for the attack on D.C. from one of Co-Conspirator 1's drug suppliers. Co-Conspirator 1 shared portions of the payment with the Defendant and Co-Conspirator 2.

Approximately two weeks later, on or about May 30, 2016, the Defendant attempted to murder T.M., a rival drug dealer, in the 4300 block of Old York Road. T.M. and others were attending a barbeque. During the attack, the Defendant shot T.M., and four additional victims, J.W., B.L., A.W., and M.H. The victims survived but sustained life-threatening injuries.

In or about 2018, Co-Conspirator 3 solicited the Defendant's services as a hitman. Between February and August 2018, the Defendant and others conspired to murder, and in fact attempted to murder, three of Co-Conspirator 3's rivals in exchange for payments from Co-Conspirator 3. The targeted rivals included: (i) J.A., a BGF member who burglarized Co-Conspirator 3's residence in November 2013; and (ii) two members of a rival organization, R.Br. and R.Be., who publicly accused Co-Conspirator 3 of cooperating with law enforcement.

The Defendant admits that on or about February 23, 2018, he and an unindicted co-conspirator attempted to murder J.A., who was sitting inside his parked vehicle in the 6700 block of Bonnie Ridge Drive. J.A. was shot during the attack. He survived but sustained life-threatening injuries. Within minutes of the attempted murder, the Defendant sent a text message that read, "Job √."

The Defendant further admits that on or about April 4, 2018, the Defendant and unindicted co-conspirators sought to locate and murder R.Be., a rival of Co-Conspirator 3, at a residence on Gorman Avenue occupied by R.Be.'s mother and sister, Chanette Neal and Justice Allen. Not finding R.Be. in the residence, the Defendant and the unindicted co-conspirators murdered Neal and Allen using a .357 caliber handgun. Also on April 4, 2018, the Defendant messaged a female associate and wrote that he was "waiting on the bag,"—i.e. payment from Co-Conspirator 3 for the murders of Neal and Allen. The Defendant was later paid by Co-Conspirator 3.

The Defendant further admits, that on or about June 27, 2018, in the 8500 block of Glen Michael Lane in Randallstown, Maryland, the Defendant attempted to murder J.B. using a Glock 22 .40 caliber handgun. J.B. survived but sustained life-threatening injuries.

The Defendant admits that on or about August 7, 2018, in the 4500 block of Woodlea Avenue, he and two co-conspirators, including Co-Conspirator 4, attempted to murder R.Br. The attack took place at a home that R.Br. owned and was having renovated. A construction crew was on site at the time. During the attack, Co-Conspirator 4 and the unindicted co-conspirator murdered one of the construction workers, Bryan McKemy, using a .40 caliber handgun. They also shot a second construction worker, R.P., in the head. R.P. survived the attack. The Defendant admits that he participated in the conspiracy to commit murder that resulted in the death of McKemy.

On or about August 7, 2018, the Defendant exchanged text messages with a female associate regarding the attempted murder of R.Br., the murder of Bryan McKemy, and the non-fatal shooting of R.P. The associate remarked, "got busy huh." The Defendant responded that he was "waiting on a bag," i.e., that he was expecting payment from Co-Conspirator 3 for his role in

Rev. August 2018

facilitating the attack. Over the following three days – between August 7, 2018 and August 9, 2018 – the Defendant and Co-Conspirator 4 exchanged messages with a now-deceased member of Co-Conspirator 3's inner circle, in which they made arrangements to collect payment from Co-Conspirator 3 for their role in the attack at R.Br.'s home.

SO STIPULATED:

_____
Ari D. Evans
Patricia C. McLane
Kim Y. Hagan
Assistant United States Attorneys

_____
David Warren
Defendant

_____
John M. McKenna, Esq.
Counsel for Defendant

Rev. August 2018

3